UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARVA BROWN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:11-cv-0342-RLY-DKL |
| | ) | |
| CITY OF INDIANAPOLIS- | ) | |
| DEPARTMENT OF PUBLIC WORKS, | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

The court, having this day granted the Defendant's Motion for Summary Judgment, now enters final judgment in its favor, and against the Plaintiff herein, Marva Brown.

**SO ORDERED** this 3rd day of January 2013.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record